UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

REGIONS BANK                                                         PLAINTIFF

VS.                                              CIVIL ACTION NO. 4:09cv32 TSL-LRA

IRA S. HERRINGTON                                                   DEFENDANT

## ORDER OF DISMISSAL

     Pursuant to the opinion entered this date, the Clerk of Court is directed to close this case on the docket of the court. Either party may move to re-open the file in the event that it is necessary.

     SO ORDERED this 26th day of June, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE